1  BRIAN J. STRETCH (CABN 16373)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7223
7  FAX: (415) 436-7234
   tom.colthurst@usdoj.gov
8
   Attorneys for United States of America

FILED
JAN 05 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JAN -2 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 82-CR-00112-EXE |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| JOHN VILJOEN, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as to the following defendant (and only this defendant), and moves that the Court quash the arrest warrant

////

////

////

NOTICE OF DISMISSAL
Case No. 82-cr-00112-EXE

for this defendants issued in connection with this case: John Viljoen (defendant 1).

DATED: December 28, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

BARBARA J. VALLIERE
Chief, Criminal Division

NOTICE OF DISMISSAL
Case No. 82-cr-00112-EXE

ORDER

Leave is granted to the government to dismiss the indictment as to the following defendant: John Viljoen (defendant 1). It is further ordered that the arrest warrant for this defendant issued in connection with this case is quashed.

Date: 1/5/18

_____
THE HONORABLE VINCE CHHABRIA
United States District Judge

NOTICE OF DISMISSAL
Case No. 82-cr-00112-EXE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN VILJOEN,<br><br>　　　　Defendant. | Case No. 82-cr-00112-EXE-1  (VC)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Colthurst
U S Attorney's Office
450 Golden Gate Ave, Box 36055
San Francisco, CA 94102


Dated: January 8, 2018

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA